UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLENE J. BOULWARE, <br><br> Defendant. | 2:15-cr-00114-EFB <br><br> **ORDER TO SHOW CAUSE AND ISSUE BENCH WARRANT** |

**ORDER TO SHOW CAUSE AND ISSUE BENCH WARRANT**

It is Hereby Ordered that a bench warrant shall issue for the defendant's arrest to show cause why the probation granted on August 3, 2015, should not be revoked for failure to comply with her Court-ordered probation.

IT IS SO ORDERED.

Dated: July 17, 2018.

_____
Hon. Edmund F. Brennan
United States Magistrate Judge