FILED
August 16, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALLENE J. BOULWARE, ) <br> Defendant. ) <br> ) | Case No. 2:15-cr-00114-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ALLENE J. BOULWARE, Case No. 2:15-cr-00114-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

___ Bail Posted in the Sum of:

    ___ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

__X__ (Other) Conditions as stated on the record.

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/16/2018  at  2:27 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge