UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 18, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALLENE BOULWARE,

Defendant.

Case No. 2:15-cr-00114-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _ALLENE BOULWARE_,

Case No. _2:15-cr-00114-EFB_ Charge _18 usc § 3146_, from custody for the following reasons:

    **X**   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

    _____   Unsecured Appearance Bond $ _____

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    _____   (Other):

Issued at Sacramento, California on July 18, 2019 at _2:30 pm_.

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney